IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2019 OCT -2  PM 2: 00
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORENZO RUVALCABA (1),<br>ALEJANDRO GARCIA (2),<br>LUIS WILFREDO CHAIREZ-CHAIREZ (3) and<br>MARGARITA CHAIREZ (4),<br><br>Defendants. | § § § § § § § § § § § § § § § § § § | CRIMINAL NO. EP-19-CR-<br><br>**INDICTMENT**<br><br>CT 1: 8:1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B) (i)- Conspiracy to Transport Aliens;<br><br>CT 2: 8:1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i) - Transporting Aliens for Financial Gain;<br><br>CT 3: 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(iii) and (a)(1)(B)(i)- Conspiracy to Harbor Aliens;<br><br>CT 4: 8 U.S.C. §§ 1324(a)(1)(A)(iii) and (a)(1)(B)(ii) - Harboring Aliens.<br><u>Notice of Government's Demand for Forfeiture</u> |

3:19-cr-03178-FM

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i))

On or about September 3, 2019, in the Western District of Texas, Defendants,

**LORENZO RUVALCABA and ALEJANDRO GARCIA,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others to the Grand Jury unknown, to commit offenses against the United States, namely: to transport and move and attempt to transport and move aliens within the United States knowing and in reckless disregard of the fact that said aliens had come to, entered, and remained in the United States in violation of law, said transportation being in furtherance of said violation of law, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i).

## COUNT TWO
(8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(i))

On or about September 3, 2019, in the Western District of Texas, Defendants,

**LORENZO RUVALCABA and ALEJANDRO GARCIA,**

knowing and in reckless disregard of the fact that aliens had come to, entered and remained in the United States in violation of law, transported and moved, and attempted to transport and move such aliens within the United States in furtherance of said violation of law, all done for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(i).

## COUNT THREE
(8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(iii) and (a)(1)(B)(i))

On or about September 3, 2019, in the Western District of Texas, Defendants,

**ALEJANDRO GARCIA, LUIS WILFREDO CHAIREZ- CHAIREZ and MARGARITA CHAIREZ,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others to the Grand Jury unknown, to commit offenses against the United States, namely: knowing and in reckless disregard of the fact that certain aliens had come to, entered and remained in the United States in violation of law, concealed, harbored, and shielded from detection, and attempted to conceal, harbor, and shield from detection such aliens, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (a)(1)(A)(iii) and (a)(1)(B)(i).

## COUNT FOUR
(8 U.S.C. §§ 1324(a)(1)(A)(iii) and (a)(1)(B)(ii))

On or about September 3, 2019, in the Western District of Texas, Defendants,

**ALEJANDRO GARCIA, LUIS WILFREDO CHAIREZ- CHAIREZ and MARGARITA CHAIREZ,**

knowing and in reckless disregard of the fact that certain aliens had come to, entered and remained in the United States in violation of law, concealed, harbored, and shielded from detection, and attempted to conceal, harbor, and shield from detection such aliens, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (a)(1)(B)(ii).

### NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### I.
### Transportation of Aliens Violation and Forfeiture Statutes
[Title 8 U.S.C. §§ 1324 (a)(1)(A)(v)(I), (a)(1)(A)(ii), (a)(1)(B)(i), (a)(1)(A)(iii), and (a)(1)(B)(ii) subject to forfeiture pursuant to Title 18 U.S.C. § 982(a)(6) and Title 8 U.S.C. § 1324(b), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]

As a result of the foregoing criminal violations set forth above, the United States of America gives notice to the Defendants **LORENZO RUVALCABA (1), ALEJANDRO GARCIA (2), LUIS WILFREDO CHAIREZ- CHAIREZ (3), and MARGARITA CHAIREZ (4)** of its intent to seek the forfeiture of certain property upon conviction pursuant to Fed. R. Crim. P. 32.2, Title 18 U.S.C. §§ 982(a)(6)(A) and (B), and Title 8 U.S.C. § 1324(b), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which state:

> **Title 18 U.S.C. § 982. Criminal Forfeiture**
> (a)(6)(A) The court, in imposing sentence on a person convicted of violation of, or conspiracy to violate . . . the Immigration and Nationality Act . . . shall order that the person forfeit to the United States, regardless of any provision of State Law—
>     (i)  any conveyance, including any…vehicle…used in the commission of the offense of which the person is convicted; and
>     (ii) any property real or personal—

    (I) that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense of which the person is convicted; . . .

(B) The court, in imposing sentence on a person described in subparagraph (a), shall order the person forfeit to the United States all property described in that subparagraph.

### Title 8 U.S.C. § 1324(b) Seizure and forfeiture

(1) In general

  Any conveyance, including any vessel, vehicle, or aircraft that has been or is being used in the commission of a violation of subsection (a), the gross proceeds of such violation, and any property traceable to such conveyance or proceeds, shall be seized and subject to forfeiture.

This Notice of Demand for Forfeiture includes but is not limited to the property described below in Paragraphs II and III.

## II.
## Personal Properties

1. 2010 brown Dodge Ram 1500 pickup truck, bearing VIN: 1D7RV1CT2AS170666; and

2. 2015 black Ford F-150 King Ranch pickup truck, bearing VIN: 1FTEW1EG0FFA40620.

## III.
## Money Judgment

**Money Judgment:** A sum of money that represent the amount of proceeds obtained, directly or indirectly, property involved in such offense, or traceable to such property as a result of the violations set forth above for which Defendants **LORENZO RUVALCABA (1), ALEJANDRO GARCIA (2), LUIS WILFREDO CHAIREZ- CHAIREZ (3), and MARGARITA CHAIREZ (4)** are individually liable.

### Substitute Assets

If any of the property described above as being subject to forfeiture for the violations set forth above, as a result of any act or omission of the Defendants:

  a.  cannot be located upon the exercise of due diligence;

  b.  has been transferred or sold to, or deposited with, a third party;

  c.  has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States of America to seek forfeiture of any other property, up to the value of said money judgment, as substitute assets pursuant to Title 21 U.S.C. 853(p) and Fed. R. Crim. P. 32.2(e)(1).

A TRUE B**ORIGINAL SIGNATURE**
**REDACTED PURSUANT TO**
**E-GOVERNMENT ACT OF 2002**

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
    Assistant U.S. Attorney